**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ISLOMBEK JABBOROV,

     Petitioner,

v.                                                                  No. 2:26-cv-00468-WJ-GBW

MARY DE ANDA-YBARRA, Field Office
Director, Enforcement and Removal Operations,
El Paso Field Office;
DORA CASTO, Warden, Otero County
Processing Center;

     Respondents.

**<u>FINAL ORDER OF DISMISSAL</u>**

THIS MATTER is before the Court on the Joint Notice of Dismissal filed by the parties

**[Doc. 10]**.  The notice states that the Petitioner was removed and the Petition in this case is now

moot.  **[Doc. 1 at 1]**.

**IT IS THEREFORE ORDERED** that the Petition for a Writ of Habeas Corpus **[Doc. 1]**

is **DISMISSED without prejudice as moot** and this case is **CLOSED.**

                               /s/
                               WILLIAM P. JOHNSON
                               SENIOR UNITED STATES DISTRICT JUDGE